DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

IN RE CRADDOCK

No. 205 PC.

Case below: 46 N.C. App. 113.

Petition by respondent for discretionary review under G.S. 7A-31 denied 15 July 1980. Motion of Attorney General to dismiss appeal for láck of substantial constitutional question allowed 15 July 1980.

JOHNSON v. JOHNSON

No. 274 PC.

Case below: 46 N.C. App. 316.

Petition by defendant for discretionary review under G.S. 7A-31 denied 15 July 1980. Motion of plaintiffs to dismiss.

JORDAN v. SAUNDERS

No. 245 PC.

Case below: 42 N.C. App. 504.

Petition by defendant Saunders for writ of certiorari to North Carolina Court of Appeals denied 15 July 1980.

LA GRENADE v. GORDON

No. 215 PC.

Case below: 46 N.C. App. 329.

Petition by defendants for discretionary review under G.S. 7A-31 denied 15 July 1980. Appeal dismissed 15 July 1980.

LAING v. LOAN CO.

No. 177 PC.

Case below: 46 N.C. App. 67.

Petition by defendant for discretionary review under G.S. 7A-31 denied 15 July 1980. Appeal dismissed 15 July 1980.